**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIE MELLENDORF,<br><br>Plaintiff,<br><br><br>SP PLUS CORPORATION,<br><br>Defendant. | Case No. 1:20-CV-2734<br><br>**Trial by jury demanded.**<br><br>Hon. Mary M. Rowland |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff JULIE MELLENDORF, by and through her counsel, and Defendant SP PLUS CORPORATION, by and through its counsel, hereby stipulate and agree to the dismissal of this action with prejudice pursuant to FRCP 41 (a)(1)(A)(ii), each party to bear their own costs and attorneys' fees according to the settlement agreement.

SO STIPULATED:

| JULIE MELLENDORF | SP PLUS CORPORATION |
|---|---|
| By */s/ Kate Sedey*<br>     One of Her Attorneys | By */s/ Brett Harvey*<br>     One of Its Attorneys |
| Kate Sedey<br>Kristin M. Case<br>Case + Sedey, LLC<br>250 S. Wacker Dr., Ste. 230<br>Chicago, Illinois 60606<br>ksedey@caseandsedey.com | Brett Harvey<br>SP Plus Corporation<br>200 E. Randolph St., Ste. 7700<br>Chicago, Illinois 60601<br>bharvey@spplus.com |

Dated: July 9, 2020