**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIE MELLENDORF, | |
| Plaintiff, | Case No. 1:20-CV-2734 |
| | **Trial by jury demanded.** |
| SP PLUS CORPORATION, | Hon. Mary M. Rowland |
| Defendant. | |

**<u>NOTICE OF FILING</u>**

To:     Mr. Brett Harvey
        SP Plus Corporation
        200 E. Randolph St., Ste. 7700
        Chicago, Illinois 60601
        bharvey@spplus.com

On Thursday, July 9, 2020, the below counsel caused to be filed with this Court the Parties'
**Joint Stipulation of Dismissal**, a true and correct copy of which is hereby served upon you.

Respectfully submitted,

*/s/ Kate Sedey*

_____
One of Plaintiff's Attorneys

Kate Sedey
Kristin M. Case
Case + Sedey, LLC
250 S. Wacker Dr., Suite 230
Chicago, Illinois 60606
(312) 920-0400 phone
(312) 920-0800 fax
ksedey@caseandsedey.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on Thursday, July 9, 2020, she caused the foregoing, **Joint Stipulation of Dismissal** to be served via email upon Defendant's counsel of record:

Mr. Brett Harvey
SP Plus Corporation
200 E. Randolph St., Ste. 7700
Chicago, Illinois 60601
bharvey@spplus.com

*/s/ Kate Sedey*

_____
One of Plaintiff's Attorneys

Kate Sedey
Kristin M. Case
Case + Sedey, LLC
250 S. Wacker Dr., Suite 230
Chicago, Illinois 60606
(312) 920-0400 phone
(312) 920-0800 fax
ksedey@caseandsedey.com