**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Julie Mellendorf
                  Plaintiff,

v.                                      Case No.: 1:20–cv–02734
                                                    Honorable Mary M. Rowland

SP Plus Corporation
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 10, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' joint stipulation of dismissal, this case is dismissed with prejudice, with each party to bear their own costs and attorneys' fees according to the settlement agreement. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.